UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY THOMAS SIMON,

Defendant.

26 CR 122 JWB

**INFORMATION**

18 U.S.C. § 2422(b)
18 U.S.C. § 2428(a)(1)

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT ONE
(Enticement of a Minor)

Between on or about August 1, 2023 and January 5, 2025 in the State and District of Minnesota, the defendant,

**JEFFREY THOMAS SIMON**,

knowingly used the mail or any facility or means of interstate and foreign commerce to persuade, induce, entice, and coerce any individual who has not attained the age of 18 years to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, and/or that SIMON attempted to do so, all in violation of 18 U.S.C. § 2422(b).

## FORFEITURE ALLEGATIONS

Upon conviction of Count 1 of the Indictment,

**JEFFREY THOMAS SIMON**,

LT SCANNED
JUN 2 4 2026
U.S. DISTRICT COURT MPLS

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428(a)(1), any property, real or personal, used or intended to be used to commit or to facilitate the commission of Count 1, including, but not limited to, an Apple iPhone 15, IMEI #: 351750721095565, recovered by law enforcement during the arrest of the defendant on January 14, 2025.

Dated: June 24, 2026

DANIEL N. ROSEN
United States Attorney

*/s/ Kristian Weir*

BY:   KRISTIAN WEIR
Assistant United States Attorney
U.S. Attorney's Office
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415
Office: (612) 664-5600
kristian.weir@usdoj.gov
MN Atty ID: 0396771